UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 25-094 |
| v. | * | SECTION:   DUTY MAGISTRATE |
| JUAN CARLOS CASTRO-IGNACIO | * | |
| | * * * | |

## GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to a District Judge from the Magistrate Judge's orders in this case on May 1, 2025, finding no probable cause and dismissing the bill of information without prejudice (R. Doc. 9).

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ G. Dall Kammer
G. DALL KAMMER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/  G. Dall Kammer
G. DALL KAMMER
Assistant United States Attorney